**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-1189-DDD-NRN

LEO CITY,

    Plaintiffs,

v.

FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY

    Defendant.

---

**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT**

---

    COME NOW the Plaintiff, Leo City, and Defendant, First Reliance Life Insurance Company, by and through their undersigned counsel, and respectfully submits this Joint Status Report and Notice of Settlement.

    1.    The parties have resolved this case to their mutual satisfaction.

    2.    The parties respectfully request that this case be stayed, and that they be allowed up to and including October 26, 2021, to file dismissal paperwork.

    Respectfully submitted this 5th day of October, 2021.

| | |
|---|---|
| */s/ Thomas A. Bulger* | */s/ Scott D. Sweeney* |
| Thomas A. Bulger | Scott D. Sweeney |
| Silvern & Bulger, P.C. | Wilson Elser Moskowitz Edelman & Dicker |
| 4800 Wadsworth Boulevard, Suite 307 | 1225 17th Street, Suite 2750 |
| Wheat Ridge, Colorado 80033 | Denver, Colorado 80202 |
| (303) 292-0044 | (303) 572-5324 |
| counsel@silvernbulger.com | Scott.Sweeney@wilsonelser.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |